IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | **CIVIL NO. DLB-23-2380** |
| v. | * | |
| | * | |
| $119,000 in funds in TD Ameritrade account x3059, | * | |
| | * | |
| | * | |
| Defendant | ****** | |

## POST-COMPLAINT RESTRAINING ORDER

The United States has made an application to this Court, pursuant to 18 U.S.C. § 983(j)(1)(A), for a restraining order to preserve the availability of certain property that is subject to forfeiture in the above-styled civil forfeiture action. In particular, the United States requests a restraining order to preserve $119,000.00 in funds, including cash and securities, restrained in a TD Ameritrade account ending in x3059 held in the name of Roy McGrath (the "Defendant Property"). Based upon the United States's application and the filing of the civil forfeiture complaint, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The Court GRANTS the United States' Application for Post-Complaint Restraining Order for Property Subject to Forfeiture. Effective immediately, any persons, financial institutions, or other entities, including the Estate of Roy McGrath and his relatives and heirs, or anyone who has any interest or control over the Defendant Property are hereby

RESTRAINED, ENJOINED AND PROHIBITED, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability or value of the Defendant

Property, including but not limited to selling, withdrawing, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, or in any way disposing of, diminishing the value of, or removing from the jurisdiction of the District of Maryland, all or any part of their interest, direct or indirect, in the Defendant Property.

ITS IS FURTHER ORDERED that any financial institution holding any account subject to this Order shall take no offset against such account. It shall continue to credit any deposits, interest, dividends, or other credits to such account in the normal course of business, and such deposits, interest, dividends, and other credits shall be subject to this Order. In addition, upon receiving notice of this Order, each financial institution shall promptly inform the United States as to the account balance at the time of notice, and shall thereafter supplement such information by reporting to the United States any changes to the account, and by responding promptly to requests by the United States for information on the account's current status.

IT IS FURTHER ORDERED that the United States or any subject of this Order may seek modifications of this Order if it is deemed necessary by them to preserve their interest in the Defendant Property.

IT IS FURTHER ORDERED that the United States shall serve a copy of this Order on representatives for TD Ameritrade and the Estate of Roy McGrath.

The terms of this Order shall remain in full force and effect until further Order of this Court, pursuant to Title 18, United States Code, Section 983(j).

SO ORDERED this  1st  day of  September , 2023.

_____
Deborah L. Boardman
United States District Judge

2