**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CIVIL NO. DLB-23-2380 |
| | * | |
| **$119,000 in funds in TD Ameritrade account x3059,** | * | |
| | * | |
| | * | |
| | * | |
| **Defendant.** | | |

**DEFAULT JUDGMENT AND
<u>FINAL ORDER OF FORFEITURE</u>**

Upon consideration of the United States' Motion for Entry of a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), and a Final Order of Forfeiture against $119,000 in funds in TD Ameritrade account x3059 (the "Defendant Property"), the Court concludes that it should grant the United States' motion and enter final judgment.

Accordingly, it is hereby ORDERED, ADJUDICATED and DECREED that:

1. This Court has jurisdiction over the Defendant Property in this action.

2. The United States' Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

3. The United States having filed a Verified Complaint for Forfeiture In Rem that complies in all respects with the pleading requirements in Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and having complied further with the notice requirements in Supplemental Rule G(4), and no person having filed a claim pursuant to Supplemental Rule G(5) within the time allowed, all right, title and interest of all persons in the

Defendant Property is hereby fully and finally forfeited to the United States pursuant 18 U.S.C. § 981(a)(1)(C).

    4.    The United States shall have judgment as to the Defendant Property and no other person or entity shall have any right, title or interest in the Defendant Property.

    5.    The United States shall dispose of the forfeited property in accordance with the law.

    6.    Pursuant to 28 U.S.C. § 2465(a)(2), this Order shall constitute certification of the Court's finding that there was reasonable cause for the seizure or arrest of the Defendant Property subject to forfeiture.

The Case is hereby CLOSED.  It is so ORDERED.

Date:  October 18, 2024

                                                                           Hon. Deborah L. Boardman
                                                                           United States District Judge